Eggleston, Appellant, *v.* Philadelphia.

Argued November 11, 1954. Before STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

160

162

Judgment entered for defendants. Plaintiffs appealed.

*Philip Richman,* with him *Richman & Richman,* for appellants.

*Jerome J. Shestack*, First Deputy City Solicitor, with him *Herbert M. Linsenberg*, Assistant City Solicitor, and *Abraham L. Freedman*, City Solicitor, for appellees.

OPINION PER CURIAM, January 3, 1955:

The judgment of the court below is affirmed on the opinion of President Judge BOK.